**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-6814

ZIKITERAN D. ROBINSON,

              Petitioner - Appellant,

       v.

J. OWENS, Warden; BUREAU OF PRISONS,

              Respondents - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Florence.  Henry M. Herlong, Jr., District
Judge.  (4:07-cv-03118-HMH)

Submitted:  September 8, 2008     Decided:  September 17, 2008

Before WILKINSON, NIEMEYER, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Zikiteran D. Robinson, Appellant Pro Se.  Barbara Murcier Bowens,
Assistant United States Attorney, Columbia, South Carolina, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Zikiteran D. Robinson, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court.* Robinson v. Owens, No. 4:07-cv-03118-HMH (D.S.C. Mar. 20, 2008). Additionally, we deny Robinson's motion for production of discovery materials. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

*While Robinson sufficiently objected to the magistrate judge's findings regarding whether he was in the primary custody of the federal government at the time of his arrest, he failed to specifically object to the remainder of the magistrate judge's recommendations, thereby waiving appellate review of those claims. See United States v. Midgette, 478 F.3d 616, 621-22 (4th Cir.), cert. denied, 127 S. Ct. 3032 (2007).